**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-02326-REB-CBS

MICHELLE ZADRA,

    Plaintiff,

v.

RICK MURDIE, former Gunnison County Sheriff, in his official and individual capacity,
MYRL SERRA, former District Attorney for the 7th Judicial District, in his official and individual capacity,
JACK HAYNES, agent for the Colorado Bureau of Investigation, in his official and individual capacity,
GUNNISON COUNTY SHERIFF'S OFFICE, a statutory office with mandates by State legislation,
BOARD OF COUNTY COMMISSIONERS OF GUNNISON COUNTY, a political subdivision of the State of Colorado,
SEVENTH JUDICIAL DISTRICT OF COLORADO, a political subdivision of the State of Colorado, and
COLORADO BUREAU OF INVESTIGATION, a law enforcement agency of the State of Colorado,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter is before me on the **Notice of Dismissal** [#25][1] December 16, 2011. After reviewing the notice and the file, I conclude that the notice should be approved and that this action should be dismissed without prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Notice of Dismissal** [#25] December 16, 2011, is **APPROVED**; and

---

[1] "[#25]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

2.  That this action is **DISMISSED WITHOUT PREJUDICE**.

Dated December 16, 2011, at Denver, Colorado.

                                                    **BY THE COURT:**

                                                    /s/ Robert E. Blackburn
Robert E. Blackburn
United States District Judge